UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 11-160 |
| v. | * | SECTION: K |
| PEDRO FERNANDEZ-GARCIA | * | |

\* \* \*

**O R D E R**

Considering the foregoing;

**IT IS HEREBY ORDERED** that the Indictment against the defendant be dismissed without prejudice.

New Orleans, Louisiana this __8th__ day of August 2011

_____
Stanwood R. Duval, Jr.
United States District Judge